# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CEBRERO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>S. FRAUENHEIM,<br><br>　　　　Respondent. | Case No.: 1:16-cv-00173-DAD-JLT (HC)<br><br>ORDER SEALING TRANSCRIPT OF MARSDEN HEARING<br>[Doc. 47]<br><br>ORDER DIRECTING CLERK OF COURT TO PROVIDE RESPONDENT WITH A COPY OF THE TRANSCRIPT<br>[Doc. 47]<br><br>ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE<br>[Docs. 36, 46] |

On May 26, 2017, the Court granted Respondent's request to suspend briefing until Petitioner provided a transcript of the Marsden hearing. (Doc. 46.) On July 14, 2017, Petitioner responded to the Court's order and submitted a copy of the transcript. (Doc. 47.) Accordingly, the Court **ORDERS**:

1) The Clerk of Court is **DIRECTED** to seal the transcript of the Marsden hearing (Doc. 47);
2) The Clerk of Court is **DIRECTED** to provide Respondent with a copy of the transcript;
3) The stay of briefing imposed on May 31, 2017, is **LIFTED**; and
4) In accordance with the Court's order of March 20, 2017 (Doc. 36), Respondent is **DIRECTED** to submit a response to the Second Amended Petition **within thirty days**. If Respondent files an answer to the petition, Petitioner may file a traverse **within thirty days** of the date Respondent's answer is filed. If Respondent files a motion to dismiss the petition, Petitioner shall file an opposition or non-opposition **within twenty-one days** of

1

the date Respondent's motion is filed.  Respondent may then file a reply to the opposition to the motion to dismiss **within seven days** after the opposition is served.

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 230(l). Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated: **September 5, 2017**            **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE