# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CEBRERO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>S. FRAUENHEIM,<br><br>　　　　Respondent. | Case No.: 1:16-cv-00173-DAD-JLT (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO FILE OVERSIZED BRIEF<br>[Doc. 59] |

On February 5, 2018, Petitioner filed a motion to file an oversized Traverse. Good cause appearing therefor, the Court hereby GRANTS Petitioner's motion. Briefing is now concluded in this action.

IT IS SO ORDERED.

　Dated: **February 6, 2018**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1